| AO 10<br>*Rev. 1/2007* | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2006 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Blatt, Solomon, Jr | 2. Court or Organization<br><br>U. S. District Court | 3. Date of Report<br><br>05/11/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br> magistrate judges indicate full- or part-time)<br><br>Senior Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b.   ☐   Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>P. O. Box 835<br>Charleston, SC 29402 | 8. On the basis of the information contained in this Report and any<br> modifications pertaining thereto, it is, in my opinion, in compliance<br> with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Personal Representative | Estate of ███████████ |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

FINANCIAL
DISCLOSURE OFFICE

2007 MAY 21 A 9:56

RECEIVED

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Blatt, Solomon, Jr | . | 05/11/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 Year | S. C. Retirement Fund (from my ▮▮▮▮▮▮) | $ 28448.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | South Carolina Trial Lawyers Association | August 3-5 - Hilton Head Island, SC, Annual Convention (Hotel Room, SeminarRregistration) |
| 2. | South Carolina Defense Trial Attorneys | November 9-12 - Amelia Island, FL, Annual Convention (Room, Meals, Golf Fees) |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Blatt, Solomon, Jr | 05/11/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Blatt, Solomon, Jr | 05/11/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Woodmen of the World | A | Interest | J | T | | | | | |
| 2. Bank of America Checking Account | B | Interest | K | T | | | | | |
| 3. Wachovia Bank Assets on lines 4-15 | | | | | | | | | |
| 4. Wachovia Evergreen Prime Cash Management Fund | C | Dividend | M | T | | | | | |
| 5. Valero Energy Corporation New | B | Dividend | N | T | | | | | |
| 6. First Energy Corp | A | Dividend | K | T | | | | | |
| 7. Moody's Corporation | A | Dividend | L | T | | | | | |
| 8. Westjet Airlines | | None | K | T | | | | | |
| 9. U.S. Treasury Bonds | D | None | | | Redemption | 08-09 | L | | |
| 10. Andrew Corp (X) | | None | K | T | Inherited | 05-04 | K | | |
| 11. Ikon Office Soluitons (x) | A | Dividend | K | T | Inherited | 05-04 | J | | |
| 12. Mellon Financial | | None | K | T | Buy | 12-08 | K | | |
| 13. Moneygram International (X) | A | Distribution | K | T | Inherited | 05-04 | K | | |
| 14. Sierra Pacific Resources (X) | | None | M | T | Inherited | 05-04 | L | | |
| 15. Teco Energy (X) | A | Dividend | K | T | Inherited | 05-04 | K | | |
| 16. First Defence II, Inc. | A | Distribution | K | T | | | | | |
| 17. Scott & Stringfellow Assets on lines 18-40 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Blatt, Solomon, Jr | 05/11/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ConocoPhilips Inc. | B | Dividend | L | T | | | | | |
| 19. Exxon Mobil Corp. (formerly Exxon Corp) | B | Dividend | L | T | | | | | |
| 20. First Financial Holdings Inc. | B | Dividend | L | T | | | | | |
| 21. General Electric Co. | B | Dividend | L | T | | | | | |
| 22. First National Corp. | | None | K | T | | | | | |
| 23. Regions Finl (formerly Union Planters Corp) | | None | | | Sell | 11-30 | K | B | |
| 24. Johnson & Johnson | B | Dividend | K | T | | | | | |
| 25. Amgen | | None | K | T | | | | | |
| 26. Pfizer | A | Dividend | | | Sell | 06-11 | K | | |
| 27. Synovus | B | Dividend | K | T | | | | | |
| 28. Regions Finl (Formerly Amsouth Bancorporation) | B | Dividend | | | Sell | 11-30 | K | B | |
| 29. Cass Information Systems | A | Dividend | L | T | | | | | |
| 30. Chesapeake Energy Corp | A | Dividend | L | T | | | | | |
| 31. Community Bancshares | A | Dividend | K | T | | | | | |
| 32. SCBT Financial Corpo | B | Dividend | L | T | | | | | |
| 33. Chicago Bridge & Iron NY Reg | A | Dividend | | | Sell | 11-30 | J | B | |
| 34. International Paper | A | Dividend | | | Sell | 08-09 | K | B | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other    S =Assessment
   U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Blatt, Solomon, Jr | 05/11/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   Olin Corp | B | Dividend | K | T | | | | | |
| 36.   Tortoise Energy | B | Distribution | K | T | | | | | |
| 37.   BB&T Prime Fund | A | Dividend | K | T | | | | | |
| 38.   CVS Corp | | None | K | T | Buy | 11-30 | K | | |
| 39.   Georgia Gulf | A | Distribution | K | T | Buy | 03-28 | K | | |
| 40.   Southwestern Energy | | None | K | T | Buy | 07-26 | K | | |
| 41.   T. Rowe Price Equity Index | A | Dividend | K | T | | | | | |
| 42.   T. Rowe Price Blue Chip Growth | A | Dividend | K | T | | | | | |
| 43.   T. Rowe Price Growth | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Blatt, Solomon, Jr | 05/11/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. In Part I, I am the Personal Representative of my ████████ ll assets have been distributed to our ███████████

| Name of Person Reporting | Date of Report |
| --- | --- |
| Blatt, Solomon, Jr | 05/11/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Date  5/14/07

N........SIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
A... CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544